DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA SCHOTT BENNETT (NYBN 5132063)
JONATHAN U. LEE (CABN 148792)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.schott@usdoj.gov

Attorneys for United States of America

FILED

Feb 17 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 20-00317-06 JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| ERNESTO MISSIEGO, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant ERNESTO MISSIEGO, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: __February 16, 2021__

                                                  _/s/ Virginia K. DeMarchi_
                                          Hon. VIRGINIA K. DEMARCHI
                                          United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 20-00317-06 JSW

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND HIS AUTHORIZED DEPUTIES, AND ESA EHMEN-KRAUSE, CHIEF PROBATION OFFICER FOR CONTRA COSTA COUNTY, AND HER AUTHORIZED DEPUTIES:

Pursuant to the foregoing petition and order, consistent with the Court's General Order 72-6 and 74, and consistent with the request of the defendant, you are directed to produce the body of ERNESTO MISSIEGO, who is in the custody of the John A. Davis Juvenile Hall, before the Honorable VIRGINIA K. DEMARCHI, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on Wednesday, February 24, 2021, at 1:00 p.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release ERNESTO MISSIEGO from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 02/17/21 _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____ Jessie Mosley
DEPUTY CLERK