```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SAMANTHA BENNETT (NYBN 5132063)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.bennett@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERNESTO MISSIEGO, <br><br> Defendant. | NO. CR 20-00317-06 JSW <br><br> STIPULATION TO CONTINUE ARRAIGNMENT HEARING AND EXCLUDE TIME FROM JANUARY 24, 2022 TO FEBRUARY 7, 2022 AND ORDER |

Defendant Ernesto Missiego is currently scheduled to appear before the magistrate court on January 24, 2022, at 10:00 a.m., for arraignment on the Information filed on January 13, 2022. The parties have learned that Mr. Missiego's housing unit at Santa Rita Jail is under quarantine, and as such Mr. Missiego will not be available to appear as scheduled. The parties therefore request that the hearing be continued to February 7, 2022, at 10:00 a.m., for arraignment on the Information.

It is further stipulated by and between counsel for the United States and counsel for the defendant Ernesto Missiego, that time be excluded under the Speedy Trial Act from January 24, 022, through February 7, 2022, to ensure the defendant is able to appear, and to allow defense counsel the opportunity to confer with the defendant in advance of the hearing. For this reason, the parties stipulate and agree that excluding time until February 7, 2022, will allow for the effective preparation of counsel.

*See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 24, 2022 through February 7, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 24, 2022

/s/
SAMANTHA BENNETT
Assistant United States Attorney

DATED: January 24, 2022

/s/
JOHN JORDAN
Counsel for Defendant ERNESTO MISSIEGO

### ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby CONTINUES the hearing currently scheduled for January 24, 2022, to February 7, 2022, at 10:00 a.m.

The Court further finds that failing to exclude the time from January 24, 2022, through February 7, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would ensure the defendant's availability to appear in court. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 24, 2022 to February 7, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 24, 2022 through February 7, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

///

///

1  IT IS SO ORDERED.

3  DATED: __January 24, 2022__



_____
HON. DONNA M. RYU
United States Magistrate Judge

STIPULATION TO CONTINUE ARRAIGNMENT & EXCLUDE TIME AND ORDER
Case No. CR 20-00317-06 JSW                                        v. 7/10/2018